IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 5:13-CR-22-RLV-DSC |
|---|---|
| | ) |
| v. | ) **ORDER TO UNSEAL THE PLEA** |
| | ) **AGREEMENT AND FACTUAL RESUME** |
| (4) ISAAC A. VINSON, IV, | ) |
| a/k/a "Ike Vinson" | ) |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Plea Agreement and Factual Resume in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case and that disclosure to the parties in *United States v. Sparrow*, 5:13cr22-RLV is required;

NOW, THEREFORE, IT IS ORDERED that the Plea Agreement and Factual Resume in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.  Signed: June 3, 2014

David S. Cayer
United States Magistrate Judge