IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13-cr-22

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ISAAC A. VINSON, IV, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant Isaac A. Vinson, IV's Second Motion to Extend Self-Reporting Date. (Doc. 196). The Court notes that the Government does not oppose the motion. Further, Defendant is the primary caretaker for his mother, who has stage four breast cancer and is not expected to survive much longer. Defendant is requesting additional time to ensure that her affairs are in order before reporting to the Bureau of Prisons.

Upon consideration of the Motion, it is hereby GRANTED.

**IT IS, THEREFORE, ORDERED** that Defendant Isaac A. Vinson, IV's Motion to Extend Self-Reporting Date is GRANTED and that he self-surrender to his designated facility on a day no earlier than October 29, 2015, to be determined by the Bureau of Prisons in its discretion.

Signed: July 15, 2015

Richard L. Voorhees
United States District Judge